IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01720-WDM

D.O.G. DEVELOPMENT LLC,

    Plaintiff,

v.

MARLENE COOK,

    Defendant.

## NOTICE OF DISMISSAL

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed with prejudice each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on September 11, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL